**Dismissed and Memorandum Opinion filed January 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01060-CR

_____

## DAVID LEON JACKSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1306305**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to possession of between one and four grams of cocaine.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on November 18, 2011, to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal.  *See* Tex. R. App. P. 25.2(d).  The trial court did not grant permission to appeal, and the record does not contain any rulings on written pre-trial motions.  *See* Tex. R. App. P. 25.2(b).  Therefore, the record supports the trial court's certification.  *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

      Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish — Tex. R. App. P. 47.2(b).